IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

PHILIPPE INNOCENT,
SHAKEVIA TAYLOR,
SELECT PORTFOLIO SERVICING
INC., and
PNC BANK, N.A.,

     Defendants.

**COMPLAINT**

The United States brings this timely suit to: (1) obtain a monetary judgment against Defendant Philippe Innocent in the amount of $306,236.57, as of June 5, 2025, for unpaid federal income taxes for the 2015, 2017, 2018, and 2020 tax years (the "years at issue"); and (2) enforce the federal tax liens that attach to the real property located at 11401 NW 4 Court, Plantation, Florida 33325 (the "Subject Property").

**JURISDICTION AND VENUE**

1.     This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of a delegate of the Attorney General of the United States under 26 U.S.C. § 7401.

2. This Court has jurisdiction to hear this action pursuant to 28 U.S.C. §§ 1331 and 1340, as well as 26 U.S.C. § 7402(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(1) and 1396 because Philippe Innocent resides in Broward County, Florida, within the jurisdiction of this Cout, the tax liabilities at issue arose in this district, and the Subject Property is located within this district.

## PARTIES

4. Plaintiff is the United States of America.

5. Philippe Innocent resides at the Subject Property. As alleged below, Innocent is liable to the United States for unpaid federal income taxes assessed against him for years at issue. The federal tax liens that arose upon assessment of those liabilities attach to Innocent's interest in the Subject Property.

6. Shakevia Taylor is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party who may claim an interest in the Subject Property.

7. Select Portfolio Servicing, Inc., is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party who may claim an interest in the Subject Property. Select Portfolio Servicing is the holder of a mortgage on the Subject Property recorded on November 8, 2018, in the public records of Broward County, Florida. *See* Corporate Assignment of Mortgage, Broward County Public Records, Instrument No. 120813596 (Apr. 16, 2026) (assigning mortgage to Select Portfolio Servicing, Inc.).

2

8. PNC Bank, N.A. is named as a defendant pursuant to 26 U.S.C. § 7403(b) as a party who may claim an interest in the Subject Property. PNC Bank is the holder of a mortgage on the Subject Property recorded on March 27, 2020, in the public records of Broward County, Florida at Instrument No. 116435385.

**DESCRIPTION OF THE SUBJECT PROPERTY**

9. The Subject Property is located at 11401 NW 4 Court, Plantation, Florida 33325 and is legally described as follows:

> Lot 1, Vasiliki Subdivision, according to the Plat thereof as recorded in Plat Book 94, page(s) 22, of the Public Records of Broward County, Florida.
>
> Parcel ID Number 5040 0147 0010

**COUNT I – REDUCE TAX LIABILITIES TO JUDGMENT**

10. Innocent filed federal income tax returns for the years at issue, but failed to pay in full the tax he reported on those returns.

11. The IRS assessed against Innocent the tax he reported on his returns for the years at issue, plus penalties and interest, on the dates and in the amounts shown in the following table:

| Year | Assessment Date | Tax | Interest | Penalties |
|---|---|---|---|---|
| 2015 | 06/20/2016 | $11,800.00 | $73.87 | $73.00*<br>$157.50** |
| | 09/28/2020 | -- | $1,911.44 | $1,842.37** |
| | 10/04/2021 | -- | $383.14 | $167.00** |
| | 11/27/2023 | -- | $1,610.97 | -- |
| | 11/24/2025 | -- | $2,359.57 | -- |
| 2017 | 11/19/2018 | $85,708.00 | $3,113.31 | $158.22*<br>$3,308.32**<br>$19,284.30*** |
| | 09/28/2020 | -- | $8,529.77 | $12,650.14** |
| | 10/04/2021 | -- | $3,364.77 | $308.54** |

| Year | Assessment Date | Tax | Interest | Penalties |
|---|---|---|---|---|
| 2017 (cont'd) | 11/24/2025 | -- | $34,513.67 | -- |
| 2018 | 11/25/2019 | $116,919.00 | $3,894.27 | $3,396.61*<br>$4,767.76** |
| | 09/28/2020 | -- | $3,017.98 | $6,107.30** |
| | 10/04/2021 | -- | $2,336.32 | $6,258.18** |
| | 11/24/2025 | -- | $25,819.98 | -- |
| 2020 | 11/22/2021 | $14,410.00 | $217.53 | $465.32** |
| | 11/24/2025 | -- | $4,398.68 | $2,858.43 |

\* Estimated Tax Penalty
\** Failure to Pay Tax Penalty
\*** Late Filing Penalty

12. Interest accrued and continues to accrue on the unpaid tax liabilities and penalties listed in paragraph 11.

13. A delegate of the Secretary of the Treasury gave Innocent notice of the above-referenced assessments and made demands for payment as required by law.

14. Despite the notices of assessment and demand for payment, Innocent has refused or neglected to pay in full the assessments against him.

15. As of June 5, 2026, Innocent owes a total of $306,236.57 for his unpaid federal income tax liabilities, plus fees, interest under 26 U.S.C. §§ 6621, 6622, and all statutory additions thereafter provided by law.

### COUNT II – ENFORCEMENT OF FEDERAL TAX LIENS

16. On the dates of assessment described in paragraph 11, above, federal tax liens arose and attached to all Innocent's property and rights to property, including the Subject Property.

17.     Innocent acquired title to the Subject Property on or about November 8, 2018, via a general warranty deed recorded in the public records of Broward County, Florida at Instrument No. 115437572.

18.     On or about February 29, 2024, a delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien against Innocent for the years at issue in the public records of Broward County, Florida at Instrument No. 119421429.

19.     A delegate of the Secretary of the Treasury timely refiled the Notice of Federal Tax Lien for the 2015 tax year on or about February 11, 2026, in the public records of Broward County, Florida at Instrument No. 120691808.

20.     The United States is entitled to enforce its federal tax liens against the Subject Property pursuant to 26 U.S.C. § 7403 through a sale of the Subject Property, free and clear of the liens and claims of the parties, to collect Innocent's unpaid federal income taxes.

21.     The United States' federal tax liens have first priority lien position on the Subject Property subject to any applicable exceptions in 26 U.S.C. § 6323.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, the United States of America, requests that the Court:

A.     Enter judgment in favor of the United States and against Defendant Philippe Innocent in the amount of $306,236.57 as of June 5, 2026, for his unpaid federal income tax liabilities for the 2015, 2017, 2018, and 2020 tax years, plus fees,

interest under 26 U.S.C. §§ 6621, 6622, and all statutory additions thereafter provided by law;

B.     Determine that the United States' federal tax liens against Defendant Philippe Innocent attach to his interest in the Subject Property;

C.     Enter an order enforcing the United States' federal tax liens against the Subject Property to collect Defendant Philippe Innocent's unpaid federal income tax liabilities;

D.     Order the sale of the Subject Property free and clear of the liens and claims of all parties to this action;

E.     Order that the proceeds of the sale be distributed in accordance with the determination of this Court as to the validity and priority of all liens and claims upon the Subject Property; and

F.     Grant such other and further relief as it deems just and proper.


Dated: June 18, 2026                              Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  JOSHUA WU
                                                  Deputy Assistant Attorney General
                                                  Tax Litigation Branch

                                       By:        **Thomas K. Vanaskie**
                                                  THOMAS K. VANASKIE
                                                  D.C. Bar No. 1000405
                                                  Assistant Director, Tax Litigation Branch
                                                  Civil Division
                                                  U.S. Department of Justice
                                                  P.O. Box 14198

6

Washington, D.C.  20044
202-305-7921 (v)
202-514-4963 (f)
Thomas.K.Vanaskie@usdoj.gov

Of Counsel:

JASON A. REDING QUIÑONES
United States Attorney